# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: 2/7/2022 | Time: 3:17 p.m. – 3:37 p.m. | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 21-cv-00085-YGR | Case Name: Ryan v. Beltramo Jr. | |

**Attorney for Plaintiff:** Arnold Berschler
**Attorney for Defendant:** David Gonden

**Deputy Clerk:** Aris Garcia          **Court Reporter:** Pamela Hebel

## PROCEEDINGS
Further Case Management Conference - HELD via Zoom Webinar

**Joint Compliance Statement due 7/22/2022**
**Compliance Hearing set Friday 7/29/2022 at 9:01am**
**Joint Pretrial Statement (including Vaccination Status of Witnesses): 8/5/2022**
**Pretrial Conference Friday, 8/19/2022 at 9:00am**
**Bench Trial set to begin on 8/29/2022 at 8:00am**